JOSEPH A. L. BLEK, Appellant, *v.* FRANK WILSON, as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, Respondent.

(Submitted October 1, 1934; decided October 9, 1934.)

*Harold Stern* for motion.
*Maximillian L. Blek* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant pays ten dollars costs and files undertaking within ten days, in which event the motion is denied.